# SETTLEMENT NOTICE

| | |
|---|---|
| **Case Number** | 1:07-cv-279 |
| **Style of Case** | **Partain v. Wal-Mart Stores, Inc.** |
| **Trial Date** | **November 3, 2009** |
| **Case reported settled by** | **Marcus Crider, Chris Trew** |
| **Did parties participate in mediation?** | **yes** *(cc: Mag. Judge Shirley)* |
| | **no** |
| **Did parties participate in arbitration?** | **yes** *(cc: Mag. Judge Carter)* |
| | **no** |
| **Date of Notice** | **October 5, 2009** |
| **Notice received by** | **s/Martha Corts** |